**DISMISS; and Opinion Filed July 30, 2018.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01279-CR

**THE STATE OF TEXAS, Appellant**
**V.**
**KRIS DEMAURICE CLINTON, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-80918-2015**

# MEMORANDUM OPINION

Before Justices Lang-Miers, Evans, and Schenck
Opinion by Justice Schenck

We reinstate this appeal.

Before the Court is the State's July 12, 2018 motion to dismiss the State's appeal. We

grant the motion.

We dismiss this appeal.


/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

171279F.U05



# Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

THE STATE OF TEXAS, Appellant

No. 05-17-01279-CR     V.

KRIS DEMAURICE CLINTON, Appellee

On Appeal from the County Court at Law No. 3, Collin County, Texas
Trial Court Cause No. 003-80918-2015.
Opinion delivered by Justice Schenck, Justices Lang-Miers and Evans participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 30th day of July, 2018.